UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FREEDOM OF THE PRESS FOUNDATION,

    Plaintiff,

    v.

IMMIGRATION AND CUSTOMS
ENFORCEMENT

        Defendant.

Civil Action No. 25-3883 (APM)

## JOINT STATUS REPORT

In response to the Court's May 1, 2026, Order (ECF No. 6), the parties submit the following status report:

1.      Defendant reviewed 256 records and continues with the same production schedule.

2.      Pursuant to the May 1, 2026, Order, Defendant reviewed 775 pages of potentially responsive documents (comprising 256 documents) and issued an interim response letter on June 30, 2026, advising that 34 of the reviewed pages were determined to be responsive to the FOIA request. Plaintiff has made a narrowing offer, and the parties hope to settle the case in the next 60 days. At this time, the parties have agreed to pause production.

3.      The parties propose that they file a joint status report in sixty (60) days, on or before August 31, 2026, to apprise the Court on the status of the processing of Plaintiff's FOIA request.

Date:   June 30, 2026
Washington, DC

                       Respectfully submitted,

s/ *Kevin H. Bell*_____           JEANINE FERRIS PIRRO
Kevin H. Bell                     United States Attorney
DC Bar # 90015600

kevin@freeinformationgroup.com

Ginger Quintero-McCall
DC Bar # 1001104
ginger@freeinformationgroup.com

Free Information Group, PLLC
1100 13th St. NW, Ste. 800
Washington, DC 20005
(202) 946-3642
*Attorneys for Plaintiff*

<u>By:      /s/ *Samantha-Josephine Baker*</u>
SAMANTHA-JOSEPHINE BAKER
FL Bar #105714
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
Tel: (202) 252-2435
Samantha-Josephine.Baker@usdoj.gov

*Attorney for the United States of America*